IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

FILED

JAN 19 2011

CLERK, US DISTRICT COURT
NEWPORT NEWS, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 4:11-MJ-_17_ |
| | ) (Misdemeanor) |
| HEATHER L. SMITH | ) VA 19 |
| | ) |
| | ) Court Date: January 24, 2011 |
| | ) Time: 8:30 a.m. |

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor) Ticket No. 2930701

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 12, 2010, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, HEATHER L. SMITH, operated a motor vehicle during the time for which her operator license was suspended or revoked. (In violation of Title 18, United States Code, Sections 7 & 13, assimilating Code of Virginia, Section 46.2-301.)

NEIL H. MCBRIDE
UNITED STATES ATTORNEY

By: _[signature]_

ALANA R. RUBIN
Special Assistant United States Attorney
Office of the U.S Attorney
MI Bar Number P72570
721 Lakefront Commons, Suite 300
Newport News, Va 23606
(757) 591-4000, Fax: (757) 591-0866
alana.rubin @us.army.mil

## CERTIFICATE OF SERVICE

I certify that on ___Jan 13___, 2011, I served a true copy of the foregoing CRIMINAL INFORMATION on the defendant HEATHER L. SMITH

ALANA R. RUBIN
Special Assistant United States Attorney
Office of the U.S Attorney
MI Bar Number P72570
721 Lakefront Commons, Suite 300
Newport News, Va 23606
(757) 441-6331, Fax: (757) 441-3205
alana.rubin @us.army.mil