AO 442 (Rev. 01/09) Arrest Warrant

DaSilva

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

# 2056985

**ORIGINAL**

| | |
|---|---|
| United States of America<br>v.<br><br>Heather L. Smith<br>*Defendant* | )<br>)<br>) Case No. 4:11-MJ-17<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __HEATHER L. SMITH__
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☑ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 18 USC 7 & 13, Assim. Code of VA, Section 46.2-301 - Operate Motor Vehicle While License Suspended or Revoked

Date: 03/07/2011

*Kay V. Armistead*
*Issuing officer's signature*

City and state: Newport News, Virginia

Tommy E. Miller, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/7/2011, and the person was arrested on *(date)* 5/12/2011
at *(city and state)* Norfolk, VA

Date: 5/12/11

FILED
MAY 13

*Arresting officer's signature*

Elden DaSilva DUSM
*Printed name and title*